UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Kelly Sutton, )<br>             Plaintiff, )<br>)<br>   v. )<br>)<br>Pat McCrory, John W. Smith, Phil Berger, )<br>U.S. Attorney Thomas G. Walker, )<br>United States of America, State of North Carolina, )<br>Wake County Superior Court, North Carolina, )<br>Lorrin Freeman, Wake County Special Proceedings )<br>Court, Nicole Brinkley, Wake County Sheriff, )<br>Donnie Harrison, Bank of America, )<br>Brian Moynihan, Green Tree Servicing LLC, )<br>Cheryl Collins, Assurant Field Asset Services, )<br>Rob Cooper, Roger, Townsend & Thomas PC, )<br>John P. Felner, Tyler Skitt, David W. Neill, )<br>Thomas Goddard, Andrew Peterson, )<br>             Defendants. )<br>) | **JUDGMENT**<br><br>No. 5:15-CV-69-BO |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court GRANTS plaintiff's application to proceed in forma pauperis and DISMISSES plaintiffs complaint. The Court DENIES plaintiffs motions for preliminary and temporary injunctions. This case is closed.

**This judgment filed and entered on March 13, 2015, and served on:**

Kelly Sutton (via US Mail at 107 Tuska Hills Drive, Holly Springs, NC 27540 )

| | |
|---|---|
| March 13, 2015 | /s/ Julie Richards Johnston,<br>Clerk of Court |