IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CV-69-BO

| | |
|---|---|
| KELLY SUTTON,<br>Plaintiff,<br><br>v.<br><br>PAT McCRORY, Acting Governor, JOHN W.<br>SMITH, Acting Administrative Director, *et al.*,<br>Defendants. | ORDER |

This matter is before the Court on plaintiff Kelly Sutton's motion to reconsider the Court's March 13, 2015, order dismissing her complaint as frivolous. [DE 8]. In support of her motion, plaintiff submitted a 2011 forensic audit finding that the underwriting process was flawed in that it did not account for the likelihood of inflated income on the loan application, and recommending potential legal causes of action. [DE 8-1]. As the audit is dated April 10, 2011, plaintiff could have included it in her original complaint. More importantly, however, it does not bear on any of the analysis in the Court's order dismissing the case as frivolous. Accordingly the Court finds no basis on which to grant plaintiff's motion to reconsider, and the motion is DENIED. The Court reaffirms its March 13, 2015, order in its entirety. [DE 5]. Plaintiff's complaint is dismissed and the Court is directed to close the case.

SO ORDERED, this 23 day of April, 2015.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE